**STATE of Missouri, Respondent,**

v.

**Ardes JOHNSON, Appellant.**

**No. ED 77775.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Nov. 14, 2000.

Jerry Joe Montgomery, Asst. Public Defender, St. Louis, for Appellant.

Timothy J. O'Leary, Christopher W. Hinckley, Asst. Pros. Attys., St. Louis, for Respondent.

Before LAWRENCE E. MOONEY, P.J., PAUL J. SIMON, J., and SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Ardes Johnson (Appellant) appeals the trial court's judgment finding Appellant guilty of first-degree sexual misconduct, in violation of Section 566.090 [1], following a bench trial. We have reviewed the briefs of the parties and the record on appeal and conclude a reasonable juror could have found Appellant guilty beyond a reasonable doubt, and the trial court's judgment is supported by substantial evidence. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).

---

1. All statutory references are to RSMo (1994), unless otherwise indicated.